**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 473 MAL 2023

           Respondent           :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

           v.                        :

JOCELYNN LEE RODRIGUEZ,        :

           Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.